UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCO OSSA,

      Plaintiff,

v.                                                                    Case No: 6:19-cv-488-Orl-37DCI

PACIFICA LOAN POOL, LLC,

      Defendant.

_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediation Report (Doc. 17) filed by the Mediator indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1.     That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.     All pending motions are denied as moot and all deadlines and hearings are terminated.

3.     The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 13, 2019.

-2-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record